UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSALINE BANGURA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPT. OF VETERAN AFFAIRS, et al., )<br>)<br>Defendants. )<br>) | Case No. 16-cv-10614-LTS |

ORDER

November 16, 2016

SOROKIN, J.

      Defendant's Motion to Remove Default (Doc. 16) is ALLOWED.  Defendant's Motion to Dismiss (Doc. 17) is DENIED.  Plaintiff has requested 45 days to effect proper service.  Doc. 20 at 2.  The Court, in its discretion, ALLOWS this request.  See Martello v. United States, 133 F. Supp. 3d 338, 344-46 (D. Mass. 2015).  The Court notes that Plaintiff must serve the named Defendants, the United States Attorney for this District, and the Attorney General of the United States.  Fed. R. Civ. P. 4(i).

      SO ORDERED.

      /s/ Leo T. Sorokin
      Leo T. Sorokin
      United States District Judge